No. 96–924. PREFERRED RISK MUTUAL INSURANCE CO. *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 96–928. WELLS FARGO BANK, N. A. *v.* UNITED STATES. C. A. Fed. Cir. Certiorari denied.

No. 96–942. FIRST SECURITY BANK ET AL. *v.* FEDERAL DEPOSIT INSURANCE CORPORATION ET AL. C. A. 4th Cir. Certiorari denied.

No. 96–945. CROSBY *v.* HOSPITAL AUTHORITY OF VALDOSTA AND LOWNDES COUNTY, DBA SOUTH GEORGIA MEDICAL CENTER, ET AL. C. A. 11th Cir. Certiorari denied.

No. 96–959. TEXAS *v.* CLARK. Ct. Crim. App. Tex. Certiorari denied.

No. 96–962. PRICE ET AL. *v.* CITY OF CHARLOTTE; and
No. 96–1141. CITY OF CHARLOTTE *v.* PRICE ET AL. C. A. 4th Cir. Certiorari denied. Reported below: 93 F. 3d 1241.

No. 96–1007. OLIVER, ADMINISTRATRIX OF THE ESTATE OF OLIVER, DECEASED, ET AL. *v.* OSHKOSH TRUCK CORP. C. A. 7th Cir. Certiorari denied.

No. 96–1013. BUSTER ET AL. *v.* THOMAS, HEAD & GREISEN EMPLOYEES TRUST ET AL. C. A. 9th Cir. Certiorari denied.

No. 96–1017. WEAVER *v.* DEPARTMENT OF JUSTICE. C. A. Fed. Cir. Certiorari denied.

No. 96–1038. FISCHER ET AL. *v.* PHILADELPHIA ELECTRIC CO. ET AL. C. A. 3d Cir. Certiorari denied.

No. 96–1040. BURNS *v.* AAF-MCQUAY, INC. C. A. 4th Cir. Certiorari denied.

No. 96–1054. SANDERS *v.* ARNESON PRODUCTS, INC. C. A. 9th Cir. Certiorari denied.